SETH W. SCOFIELD, Appellant, *v.* JEAN W. FITZSIMMONS,
Respondent.

*Scofield* v. *Fitzsimmons*, 166 App. Div. 940, appeal dismissed.
(Submitted May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered January 27, 1915, affirming
a judgment in favor of defendant entered upon a dismis-
sal of the complaint by the court on trial at Special Term

in an action to annul a marriage upon the ground that it was induced by fraud and duress.

The motion was made upon the grounds that the appeal was wholly without merit and was taken only for purpose of delay, no question of law being involved which the Court of Appeals could review.

*Irwin Untermeyer* for motion.

*John Willett* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.